UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cr-80068-Rosenberg/Reinhart

18 USC § 611(a)

UNITED STATES OF AMERICA,

Plaintiff,

vs.

YELYZAVETA DEMYDENKO, and
SVITLANA DEMYDENKO,

Defendants.

_____/

FILED BY____SP____D.C.

May 8, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or about October 31, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**YELYZAVETA DEMYDENKO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

### COUNT 2

On or about October 31, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**SVITLANA DEMYDENKO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a

candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).


HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY


JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO.: 25-cr-80068-Rosenberg/Reinhart

v.

YELYZAVETA DEMYDENKO, and                    **CERTIFICATE OF TRIAL ATTORNEY**
SVITLANA DEMYDENKO,
_____/               **Superseding Case Information:**
                                             New Defendant(s) (Yes or No) _____
                                             Number of New Defendants _____
**Court Division** (select one)              Total number of new counts _____
   ☐ Miami    ☐ Key West   ☐ FTP
   ☐ FTL      ☑ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) Yes
    List language and/or dialect: Ukranian

4.  This case will take __2__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                    (Check only one)
    I    ☑  0 to  5 days               ☐ Petty
    II   ☐  6 to 10 days               ☐ Minor
    III  ☐  11 to 20 days              ☑ Misdemeanor
    IV   ☐  21 to 60 days              ☐ Felony
    V    ☐  61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____

7.  Has a complaint been filed in this matter? (Yes or No) _____
    If yes, Judge Ryon M. McCabe        Magistrate Case No. 25-mj-8216-RMM

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) _____
    If yes, Judge _____ Case No. _____

9.  Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
    JOHN C. McMILLAN
    Assistant United States Attorney
    SDFL Court ID No.   A5500228

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  ___Yelysaveta DEMYDENKO_____

**Case No**:  ___25-cr-80068-Rosenberg/Reinhart_____

Count #: 1
Unlawful Voting by an Alien in Presidential Election, Title 18, United States Code, Section 611

* **Max. Term of Imprisonment: 1 year** (Class A Misdemeanor) imprisonment[1]
* **Mandatory Min. Term of Imprisonment (if applicable): not applicable**
* **Max. Supervised Release: 1 year**[2]
* **Max. Fine:  $100,000.00**[3]
* **Special Assessment: $25.00**[4]

---

1 *See* 18 USC §§ 3559(a)(7), 3561(a)(1)
2 *See* 18 USC § 3583(b)(3)
3 *See* 18 USC § 3571(b)(5)
4 *See* 18 USC § 3013(a)(1)(A)(iii)

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: ___ Svitlana DEMYDENKO _____

**Case No**: __ 25-cr-80068-Rosenberg/Reinhart _____

Count #: 1
Unlawful Voting by an Alien in Presidential Election, Title 18, United States Code, Section 611

---

**\* Max. Term of Imprisonment: 1 year** (Class A Misdemeanor) imprisonment[1]
**\* Mandatory Min. Term of Imprisonment (if applicable): not applicable**
**\* Max. Supervised Release: 1 year**[2]
**\* Max. Fine:  $100,000.00**[3]
**\* Special Assessment: $25.00**[4]

---

1 *See* 18 USC §§ 3559(a)(7), 3561(a)(1)
2 *See* 18 USC § 3583(b)(3)
3 *See* 18 USC § 3571(b)(5)
4 *See* 18 USC § 3013(a)(1)(A)(iii)

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**