UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-80068-CR-CANNON(s)

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

YELYZAVETA DEMYDENKO, and
SVITLANA DEMYDENKO,

                Defendants.

_____/

## GOVERNMENT'S NOTICE OF SUPPLEMENTAL DISCOVERY

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and hereby gives notice of the following discovery to counsel for the defendants, which is contained in digital media on DVDs marked "U.S. v. Demydenko, 25CR80068-AMC, Supplemental Discovery – 9/19/25," (hereinafter Digital Discovery Disk (DDD-2) accompanying defense counsels copies of this response, or where indicated as an attachment hereto in hard copy.

      1.      On the DDD, two (2) separate Excel spread sheets containing the raw entry data of defendants YELYZAVETA DEMYDENKO, and SVITLANA DEMYDENKO's answers to questions on their voter registration forms;

      2.      At attachment pages 1-3 to defense counsel's copy of this response, an directory/explanation of the data fields from the Supervisor of Elections and corresponding

questions to explain the data contained in the Excel spread sheets referenced above. For example, "ClientID" captures the voter registration applicant's ("client's") IP address used when filling out/submitting the application;

3.      On the DDD, two recreations1 from the Florida Supervisor of Elections of what the defendant's voter registration applications would have appeared on the computer screen when submitted, designated "Yelyzavelta_6935304.pdf" and "Svitlana_6935384.pdf";

4.      At attachment pages 4-5 to defense counsel's copy this response, copies of the Early Voting Certificates signed by YELYZAVETA DEMYDENKO (page 4), and SVITLANA DEMYDENKO (page 5);

5.      At attachment pages 6-7, Florida Department of State Division of Elections, Online Voter Registration Receipts for YELYZAVETA DEMYDENKO (page 6), and SVITLANA DEMYDENKO (page 7); and,

6.      On the DDD, Signed and Certified Florida Department of Highway Safety and Motor Vehicle (HSMV) ID card applications for YELYZAVETA DEMYDENKO, and SVITLANA DEMYDENKO (while previously provided in the Digital Discovery Drive (DDD) accompanying DE 52, the prior certification was not signed as provided via email by the FL HSMV, the signed version received by mail in hard copy).

7.      FEDERAL RULE OF EVIDENCE 803(6) AND 902(1)-(2), (4), AND (11) NOTICE: In accordance with the requirements of Federal Rule of Evidence 803(6), and 902(11)

---

1 In other words, these documents replicate what the actual voter registration form on the applicant's computer would look like using the raw data provided by the applicants. They do not purport to be screen captures of the applications taken at the time of submission when they were submitted.

the government hereby gives notice of its intent to offer records of regularly conducted activities

for the foregoing evidence.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY


BY:     s/ *John C. McMillan*
        JOHN C. McMILLAN
        Assistant United States Attorney
        Admin. No. A5500228
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Office:  (561) 820-8711
        FAX:     (561) 820-8777
        Email: John.McMillan@usdoj.gov

3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  According to the Court's website, counsel for all parties are able to receive notice via the CM/ECF system. I further certify that on September 19, 2025, I sent copies of the foregoing document with attachments to the following counsel for the defendants via FedEx:

Christopher Alfred Haddad, Esq.
319 Clematis Street, Ste 812
West Palm Beach, FL 33401
561-832-1126
(counsel for Yelyzaveta Demydenko)

Peter Vincent Birch
Supervisory Federal Public Defender
250 Australian Avenue South, Ste 400
West Palm Beach, FL 33401
561-833-6288
(counsel for Svitlana Demydenko)


By:     s/ *John C. McMillan*
            JOHN C. McMILLAN
            ASSISTANT UNITED STATES ATTORNEY