UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80068-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**YELYZAVETA DEMYDENKO and
SVITLANA DEMYDENKO,**

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' JOINT MOTION TO CONTINUE TRIAL,
CALENDAR CALL, AND PRETRIAL MOTIONS DEADLINE**

**THIS CAUSE** comes before the Court upon Defendants' Joint Unopposed Motion to Continue Trial and Pretrial Deadlines [ECF No. 55]. The Court has reviewed the Joint Motion and is otherwise fully advised. Following that review, it is

**ORDERED AND ADJUDGED** that Defendants' Joint Motion [ECF No. 55] is **GRANTED** for the reasons stated in the Motion, including the acknowledgement by Defendants that the period of this continuance should be excluded under the Speedy Trial Act to serve the ends of justice [ECF No. 55 ¶ 8, 13]. As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the Defendants' Motion was filed, September 8, 2025, to the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **January 6**, **2026**, **at 1:45 pm.** The case is set for **Jury Trial** during the two-week trial period that begins **January 12**, **2026**, in the Fort Pierce Division.

CASE NO. 25-80068-CR-CANNON

2. All pre-trial motions and motions *in limine* must be filed by **November 4, 2025**. Each party is limited to filing one motion *in limine*.

3. All other instructions set forth in the Court's Amended Omnibus Scheduling Order [ECF No. 47] remain in effect except as modified by this Order.

**ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of September 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record