UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-80068-CR-ARTAU(s)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

YELYZAVETA DEMYDENKO, and
SVITLANA DEMYDENKO,

        Defendants.
_____/

## SPEEDY TRIAL REPORT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Local Rule 88.5, submits the following speedy trial status report after consultation with defense counsel:

1. The defendants were initially charged by Information which was filed and made public on May 8, 2025 (DE 20). Thirty-eight (38) days later, on June 16, 2025, defendants Yelyzaveta and Svitlana Demydenko filed a joint unopposed Motion to Continue Trial, submitted by both counsel (DE 30), and followed by both defendants' individual waivers of speedy trial (DE 31, 32).

2. On June 23, 2025, the Honorable Robin L. Rosenberg entered an Order granting the defendants' Unopposed Motion to Continue Trial and finding "that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy

trial" and finding the period of June 16, 2025, and July 28, 2025, to excludable from Speedy Trial Act calculations (DE 34).

    3.    Due to changed circumstances by the defendants, and before the July 28, 2025, conclusion of the initial time period excluded by the Court, on July 23, 2025, counsel for the defendants filed a second joint Unopposed Motion to Continue Trial (DE 40). On August 4, 2025, this matter was reassigned pursuant to Administrative Order 2025-59 from the docket of the Honorable Robin L. Rosenberg to the docket of the Honorable Alieen M. Cannon (DE 42). On August 5, 2025, a Superseding Indictment was returned by a federal grand jury in West Palm Beach (DE 43).

    4.    On August 8, 2025, this Honorable Court entered an Order granting defendant's joint Unopposed Motion to Continue Trial and finding that "for the reasons stated in the Motion, including the acknowledgement by Defendants that the period of this continuance should be excluded under the Speedy Trial Act to serve the ends of justice . . . . the period of delay resulting from this continuance—i.e., from the date the Defendants' Motion was filed, July 23, 2025, to the date trial commences [October 20, 2025]—is excludable time under the Speedy Trial Act. See 18 U.S.C. § 3161." (DE 44, 47).

    5.    Prior to the expiration of the Court's last Scheduling Order, on September 8, 2025, defendant Yelyzaveta Demydenko's counsel filed another unopposed motion to continue the trial date, citing the need to obtain a psychiatric evaluation of his client (DE 55). On June 30, 2025, the Court granted the defense motion to continue trial, making the requisite findings under In *Zedner v. United States*, 547 U.S. 489 (2006) and *United States v. Williams*, 314 F.3d 552, 556 (11th Cir. 2002)(quoting *United States v. Vasser*, 916 F.32d 624, 627 (11th Cir. 1990)), and continued trial

of this matter to January 12, 2026, finding the intervening time period from September 8, 2025 through January 12, 2026, excludable time under the Speedy Trial Act. See 18 U.S.C. § 3161 (DE 59).

6.  In view of the foregoing, the government respectfully submits that as of October 31, 2025, a total of thirty-eight (38) days of non-excludable time have elapsed, and that accordingly, thirty-two (32) days remain in which to commence trial of the defendants after January 12, 2026.

7.  The undersigned further certifies that on October 31, 2025, he communicated the foregoing computation to counsel for the defendants via email, and that on October 31, 2025, counsel for defendant Yelyzaveta Demydenko, Christopher Haddad, Esq., and counsel for defendant Svitlana Demydenko, Supervisory Assistant Federal Public Defender Peter Birch, advised via email that they concurred in the calculations set forth above.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY:  s/ *John C. McMillan*
JOHN C. McMILLAN
Assistant United States Attorney
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:  (561) 820-8711
FAX:    (561) 820-8777
Email: John.McMillan@usdoj.gov

3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  According to the Court's website, counsel for all parties are able to receive notice via the CM/ECF system.

By:    s/ *John C. McMillan*
       JOHN C. McMILLAN
       ASSISTANT UNITED STATES ATTORNEY